RECEIVED
IN LAKE CHARLES, LA

JUN - 8 2006



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE: JOSEPH MICHAEL RUEBUSH and MIRIAM DENISE MORGAN RUEBUSH | : | DOCKET NO. 06 CV 0344 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the memorandum ruling, and for the reasons stated therein,

IT IS ORDERED AND ADJUDGED that the order of the bankruptcy court denying Debtor's motion for contempt is AFFIRMED.

Lake Charles, Louisiana, this ___ day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT